# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE SCHOTT MOROS<br>*Plaintiff*<br><br>v.<br><br>CONNECTICUT GENERAL LIFE<br>INSURANCE CO.<br>*Defendant* | CIVIL ACTION<br><br>NO. 12-5468 |

## ORDER

**AND NOW,** this 28th day of January 2014, upon consideration of the parties' *cross-motions for summary judgment* [ECF 14, 16], responses in opposition to the cross-motions for summary judgment [ECF 17, 19], Plaintiff's reply [ECF 26], Defendant's statement of undisputed facts [ECF 14-1] and Plaintiff's response to Defendant's statement of undisputed facts[ECF 18], Plaintiff's complaint [ECF 1], Defendant's answer to the complaint [ECF 4], all the attachments to the motions and pleadings, and consistent with the memorandum opinion filed on this date, it is hereby **ORDERED** that:

1. Defendant's motion for summary judgment is **DENIED**.
2. Plaintiff's motion for summary judgment is **GRANTED**, *in part*.
3. This matter is remanded and Defendant is directed to conduct a functional capacity evaluation ("FCE") consistent with the recommendations of Linda Miller, M.D. Plaintiff is to submit to this FCE, which is to be performed at a mutually agreed upon date within the next sixty (60) days.
4. If warranted, the FCE results should be referred to the appropriate consulting experts for a complete peer review and assessment.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.